DALLAS SWINSON v. LEJEUNE MOTOR COMPANY, INC.

No. 34A02

(Filed 4 October 2002)

**Premises Liability— trip and fall—depression in pavement— obvious defect—contributory negligence**

A decision of the Court of Appeals holding that a jury question was presented on the issue of contributory negligence in an action against an auto dealer by a customer who tripped and fell when she stepped into a depression in the dealer's parking lot while looking for her repaired auto is reversed for the reasons stated in the dissenting opinion that plaintiff was contributorily negligent as a matter of law in failing to discover and avoid an obvious defect.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 147 N.C. App. 610, 557 S.E.2d 112 (2001), reversing a judgment signed 26 August 2000 by Balog, J.,

in Superior Court, Onslow County. Heard in the Supreme Court 11 September 2002.

*Jeffrey S. Miller for plaintiff-appellee.*

*Wallace, Morris & Barwick, P.A., by P.C. Barwick, Jr., for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge McCullough, the decision of the Court of Appeals is reversed.

REVERSED.

Chief Justice LAKE did not participate in the consideration or decision of this case.